Corinne Orquiola (SBN 226969)
corquiola@consumerlawcenter.com
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA  90266
T: (323) 988-2400; F: (866) 861-1390
Attorneys for Plaintiff,
DAVA BETTS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVA BETTS, | ) | Case No.: 8:15-cv-1735 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | **(Unlawful Debt Collection Practices)** |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

TO THE HONORABLE COURT:

NOW COMES the Plaintiff, DAVA BETTS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

DATED: January 29, 2016          KROHN & MOSS, LTD.


By:   /s/ Corinne Orquiola

Corinne Orquiola
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF SETTLEMENT