JS-6

```
                    FILED
           CLERK, U.S. DISTRICT COURT

             February 29, 2016

         CENTRAL DISTRICT OF CALIFORNIA
         BY:____VPC____DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVA BETTS, | Case No.: 8:15-cv-1735-SJO-JCG |
| Plaintiff, | **Order of Dismissal With Prejudice** |
| v. | **(Unlawful Debt Collection Practices)** |
| GC SERVICES, LP, | |
| Defendant. | |

Whereas the parties have stipulated to dismiss this matter with prejudice, this matter is hereby dismissed with prejudice.

DATED: 2/29/16

By *S. James Otero* _____

Hon. S. James Otero